# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 25, 2013

Lyle W. Cayce
Clerk

No. 12-51242
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GILBERTO ZAPATA-ORTIZ, also known as Gilberto Zapata Ortiz,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 6:12-CR-197-1

Before JOLLY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Gilberto Zapata-Ortiz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Zapata-Ortiz has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

excused from further responsibilities herein, and the APPEAL IS DISMISSED.
*See* 5TH CIR. R. 42.2.